JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASUAL 12, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SENTINEL INSURANCE COMPANY and DOES 1 through 50 inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:16-cv-05619 BRO (AGRx)<br><br>**JUDGMENT** |

On August 14, 2017, this action came on regularly for hearing before the Court, The Honorable Beverly Reid O'Connell, District Judge, presiding, on the Defendant Sentinel Insurance Company, Ltd.'s Motion for Summary Judgment or in the Alternative Partial Summary Judgment (Dkt. No. 32). The issues having been duly heard and submitted, and a decision having been duly rendered (Dkt. No. 59) granting the Defendant Sentinel Insurance Company, Ltd.'s Motion for Summary Judgment,

///

///

It is ORDERED and ADJUDGED that the Plaintiff take nothing, that the action be dismissed on the merits, and that the Defendant Sentinel Insurance Company, Ltd. recover from the Plaintiff Casual 12, Inc. its costs of action.

DATED: September 8, 2017

*[signature]*

BEVERLY REID O'CONNELL
United States District Judge